UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:23-cv-0364-JES-NPM

REYNALDO NAVARRO,

    Plaintiff,

v.

GLOBAL SOLUTIONS ELECTRONICS COMPANY, et al.,

    Defendants.
_____/

## MEDIATOR'S REPORT

Mediation was held on June 25, 2024, with all parties and their counsel present via video conference. A settlement was reached.

Dated: June 27, 2024.

    Respectfully submitted,

    **GRAYROBINSON, P.A.**
    333 S.E. 2nd Avenue, Suite 3200
    Miami, Florida 33131
    Telephone: (305) 416-6880
    Facsimile:  (305) 416-6887


    /s/ Marlene Quintana
    Marlene Quintana, Mediator
    Florida Bar No.: 88358
    marlene.quintana@gray-robinson.com