# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| **REYNALDO NAVARRO**, an individual, <br><br> Plaintiff, <br><br> v. <br><br> **GLOBAL SOLUTIONS ELECTRONICS COMPANY**, a Florida corporation, and **SCOTT SMITH**, an individual, <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 2:23-cv-364-JES-NPM <br><br> Judge: John E. Steele <br><br> Mag. Judge: Nicholas P. Mizell |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant and Plaintiff, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire action, with prejudice, each party to bear their own attorneys' fees and costs.

[Signatures to Follow]

Dated: June 28, 2024

| | |
|---|---|
| */s/ Benjamin H. Yormak, Esq.* | */s/ Jonathan A. Beckerman* |
| BENJAMIN H. YORMAK, ESQ. | Jonathan A. Beckerman, Esq. |
| Florida Bar No. 71272 | FBN 568252 |
| E-mail: byormak@yormaklaw.com | Jonathan.Beckerman@lewisbrisbois.com |
| YORMAK EMPLOYMENT & DISABILITY LAW | Nicole Vescova |
| | FBN 1041288 |
| 27200 Riverview Center Blvd. Ste 109 | Nicole.Vescova@lewisbrisbois.com |
| Bonita Springs, Florida 34134 | Lewis Brisbois Bisgaard & Smith LLP |
| Telephone: (239) 985-9691 | 110 SE 6th Street, Suite 2600 |
| Facsimile: (239) 288-2534 | Fort Lauderdale, Florida 33301 |
| | Telephone: 954.728.1280 |
| | Facsimile: 954.728.1282 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

s/ Benjamin H. Yormak
Benjamin H. Yormak