UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

REYNALDO NAVARRO, an individual,

    Plaintiff,

v.     Case No: 2:23-cv-364-JES-NPM

GLOBAL SOLUTIONS ELECTRONICS COMPANY, a Florida Corporation and SCOTT SMITH, an individual,

    Defendants.

## ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #30) filed on June 28, 2024. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __28th__ day of June 2024.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record